# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN AHRINGER AND MICHAEL DONNER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LOANDEPOT, INC. and VERISK ANALYTICS, INC. D/B/A JORNAYA,<br><br>Defendants. | Case No. CV-23-00186-CJC-JDEx<br><br>**ORDER APPROVING JOINT STIPULATION OF DISMISSAL [68]** |

Upon consideration of the joint stipulation of dismissal [Doc. # 68] filed by Plaintiffs Justin Ahringer and Michael Donner and Defendant loanDepot.com, LLC, and good cause appearing, the Court **APPROVES** the joint stipulation. **IT IS HEREBY ORDERED** that Plaintiffs' claims against Defendant loanDepot.com, LLC are dismissed with prejudice. Each of the stipulating parties shall bear its own attorneys' fees and costs.

DATED: November 1, 2024

                                                                              _____
                                                                              DOLLY M. GEE
                                                                              CHIEF U.S. DISTRICT JUDGE