# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN AHRINGER AND MICHAEL DONNER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LOANDEPOT, INC. and VERISK ANALYTICS, INC. D/B/A JORNAYA,<br><br>Defendants. | Case No. 8:23-CV-00186-CJC-JDEx<br><br>**ORDER APPROVING JOINT STIPULATION OF DISMISSAL OF DEFENDANT VERISK ANALYTICS, INC. D/B/A JORNAYA [71]** |

Upon consideration of the joint stipulation of dismissal of Defendant Verisk Analytics, Inc. d/b/a Jornaya ("Jornaya") [Doc. # 71] filed by Plaintiffs Justin Ahringer and Michael Donner and Jornaya, and good cause appearing, the Court **APPROVES** the joint stipulation.

**IT IS HEREBY ORDERED** that Plaintiffs' claims against Jornaya are dismissed with prejudice. Each of the stipulating parties shall bear its own attorneys' fees and costs. Since all claims have now been dismissed, this case is **HEREBY CLOSED**.

DATED: November 18, 2024

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE

-1-